IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FREDERICK J. BARTON
A.D.C. # 142505                                                                    PLAINTIFF

v.                         No. 4:12-cv-73-DPM

DAVID SUDDUTH                                        DEFENDANT

## JUDGMENT

Frederick J. Barton's complaint, *Document No. 2*, is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 February 2012